[No. 23437. Department Two. May 2, 1932.]

LIBERTY SAVINGS & LOAN ASSOCIATION, *Respondent*, v. THE CITY OF SUNNYSIDE *et al., Appellants.*[1]

*Wm. B. Bridgman*, for appellant.

*Roberts & Roberts* and *Walter V. Swanson*, for respondents.

*Geo. O. Beardsley, Amicus Curiae.*

*Tanner & Garvin, Amici Curiae.*

PER CURIAM.—This is a companion case to that of *Kelly v. City of Sunnyside, ante* p. 95, 11 P. (2d) 230, just decided, and upon the authority of that case the judgment in this case will be affirmed.